AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

FILED
IN CLERK'S OFFICE

2005 DEC 20 P 12: 52

U.S. DISTRICT COURT
DISTRICT OF MASS.

SHARON SEAVEY,
   Plaintiff
     V.

RICHARD P. McCOY, PARTNER,
COLLEY McCOY COMPANY and
COLLEY/McCOY MANAGEMENT GROUP, INC.,
   Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05-11842 GAO**

TO: (Name and address of Defendant)

RICHARD P. McCOY, PARTNER, COLLEY McCOY COMPANY
One Industrial Drive, Windham, NH

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARMEN L. DURSO, Esquire, Suite 3232, 100 Summer Street, Boston, MA 02110-2104,
(617) 728-9123

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON            SEP 12 2005

CLERK        [signature]        DATE

(By) DEPUTY CLERK

I hereby certify and return that, on December 12, 2005, in accordance with the provisions of Massachusetts G.L. c. 223A, §§3 & 6(a)(3), and F. R. C. P. 4(e), I served a copy of the within Summons, Complaint, Civil Cover Sheet, and Category Sheet upon the within named defendant RICHARD P. McCOY, PARTNER, COLLEY/McCOY COMPANY, in the following manner: by sending by U.S. Mail, postage prepaid, Certified Mail, Return Receipt Requested. Said service was made at One Industrial Drive, Windham, NH 03087. A copy of the Return Receipt is attached below.

Signed under the pains and penalties of perjury, this 19th day of December, 2005.

_____
CARMEN L. DURSO, ATTORNEY FOR PLAINTIFF

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard P. McCoy, Partner
Colley McCoy Company
One Industrial Drive
Windham, NH
03087

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): ARTHUR L WRIGHT
B. Date of Delivery: 12-12-05
C. Signature: X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0008 1780 1234

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952