AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

SHARON SEAVEY,
Plaintiff
V.

RICHARD P. McCOY, PARTNER,
COLLEY McCOY COMPANY and
COLLEY/McCOY MANAGEMENT GROUP, INC.,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 - 11842 GAO**

TO: (Name and address of Defendant)

COLLEY/McCOY MANAGEMENT GROUP, INC.
One Industrial Drive, Windham, NH

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CARMEN L. DURSO, Esquire, Suite 3232, 100 Summer Street, Boston, MA 02110-2104,
(617) 728-9123

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(By) DEPUTY CLERK

DATE   SEP 1 _ 2005

Case 1:05-cv-11842-GAO   Document 3   Filed 12/20/2005   Page 2 of 2