UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*******************************************

| | |
|---|---|
| SHARON SEAVEY,<br>    Plaintiff<br><br>v.<br><br>RICHARD P. McCOY, Partner, COLLEY<br>McCOY COMPANY and COLLEY/McCOY<br>MANAGEMENT GROUP, INC.,<br>    Defendants | C. A. No. 05-11842-GAO |

*******************************************

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a)(1)(ii), the parties herein have stipulated that this action on behalf of SHARON SEAVEY, plaintiff herein, be dismissed as to RICHARD P. McCOY, Partner, COLLEY McCOY COMPANY and COLLEY/McCOY MANAGEMENT GROUP, INC., defendants herein, without prejudice, and without costs.

_____
CARMEN L. DURSO, ESQUIRE
Attorney for Plaintiff
B.B.O. # 139340
100 Summer Street, Suite 3232
Boston, MA 02110-2104
617-728-9123

_____
CHRISTOPHER JEFFORD, ESQUIRE
B.B.O. # 633612
Attorney for Defendants
Bonner Kiernan Trebach & Cociata
One Liberty Square, 6th Flr
Boston, MA 02109-4825
617-426-3900

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by fax and mail on May 31, 2006.

_____
CARMEN L. DURSO